ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ROSALIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 05-0048 AWI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| ROSALIO BARRAGAN, | |
| Defendant. | |

The United States of America and Defendant, Rosalio Barragan, by and through their respective attorneys, stipulate and agree that, as to Defendant Rosalio Barragon only, the following schedule be set:

Any motions to be submitted on behalf of Rosalio Barragan must be filed by August 14, 2006. Any responses to be submitted by the government must be filed by September 5, 2006.

Any motion filed on behalf of Rosalio Barragan shall be noticed for September 11, 2006 at 9:00 a.m. in the above-entitled court.

The parties to this stipulation also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),3161(h)(8)(A) and 3161(h)(8)(B)(I).

///
///
///

1

1  DATED: June 15, 2006              /s/ Virna Santos
2                                    VIRNA SANTOS
                                     Assistant United States Attorney
                                     **This was agreed to by Ms. Santos
3                                    via telephone, on June 15, 2006**
4

5  DATED: June 15, 2006              /s/ Roger K. Litman
                                     ROGER K. LITMAN
6                                    Attorney for Defendant
                                     ROSALIO BARRAGAN
7

8                                    **ORDER**

9

10 IT IS SO ORDERED.

11 **Dated:   June 16, 2006**                **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE
12

2