ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ROSALIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  05-0048-REC |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ROSALIO BARRAGAN, ) | |
| Defendant. ) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for February 20, 2007, be continued until March 5, 2007 at 9:00 a.m. in the above-entitled court.

    The continuance is necessitated to allow the parties to complete fact gathering necessary to determine Mr. Barragan's sentence.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  February 15, 2007       /s/ Virna Santos
                                         VIRNA SANTOS
                                         Assistant United States Attorney
                                         **This was agreed to by Ms. Santos**
                                         **via telephone on February 15, 2007**

1

DATED:  February 15, 2007           /s/ Roger K. Litman
                                    ROGER K. LITMAN
                                    Attorney for Defendant
                                    ROSALIO BARRAGAN


                                    ORDER

IT IS SO ORDERED.

**Dated:   February 20, 2007**              **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

2