ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ROSALIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSALIO BARRAGAN, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 05-0048-AWI <br><br> **STIPULATION AND ORDER** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for April 2, 2007, be continued until April 16, 2007 at 9:00 a.m. in the above-entitled court.

The continuance is necessitated to allow the parties to complete fact gathering necessary to determine Mr. Barragan's sentence.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: March 28, 2007          /s/ Virna Santos
                               VIRNA SANTOS
                               Assistant United States Attorney
                               **This was agreed to by Ms. Santos
                               via telephone on March 28, 2007**

1

DATED: March 28, 2007                /s/ Roger K. Litman
                                     ROGER K. LITMAN
                                     Attorney for Defendant
                                     ROSALIO BARRAGAN


**ORDER**

IT IS SO ORDERED.

**Dated:   March 28, 2007**                /s/ **Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

2