IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 05-0048-AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER VACATING APRIL 30, 2007, SENTENCING AND RESETTING FOR MAY 8, 2007** |
| v. | ) | |
| ROSALIO BARRAGAN, | ) | |
| Defendant. | ) | |

The parties have filed the following stipulation:

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for April 30, 2007, be continued until May 8, 2007 at 9:00 a.m. in the above-entitled court.

The continuance is necessitated to allow the parties to complete fact gathering necessary to determine Mr. Barragan's sentence.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 25, 2007      /s/ Virna Santos
                           VIRNA SANTOS
                           Assistant United States Attorney

1

**This was agreed to by Ms. Santos via telephone on April 25, 2007**

DATED: April 25, 2007                /s/ Roger K. Litman
                                     ROGER K. LITMAN
                                     Attorney for Defendant
                                     ROSALIO BARRAGAN

## **ORDER**

In light of the above stipulation, IT IS HEREBY ORDERED that April 30, 2007, sentencing hearing is VACATED and RESET for May 8, 2007, at 9:00 a.m. The resulting delay is excluded under 18 U.S.C. § 3161.

IT IS SO ORDERED.

**Dated:   April 26, 2007**                      /s/ Anthony W. Ishii
                                                 UNITED STATES DISTRICT JUDGE